# OLSHAN

OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP

PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300
FACSIMILE: 212.451.2222

WWW.OLSHANLAW.COM

DIRECT DIAL: 212.451.2271
EMAIL: CWONG@OLSHANLAW.COM

December 29, 2010

**BY UPS**

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



Re: Wasserman Media Group, LLC v. Jonathan Bender, 10 Civ. 8783 (SAS)

Dear Judge Scheindlin:

We represent the plaintiff in the above-referenced matter and we write in response to the Order for Initial Pretrial Conference. Defendant has not yet been served with the Complaint. Defendant owns property in several states and frequently travels. It has taken some time to locate his current residence, but we expect to be able to serve the Complaint shortly. We respectfully request that the initial pretrial conference be adjourned to give additional time for service and for the parties to confer on the Scheduling Order.

Respectfully Submitted,

Christine W. Wong

cc: *Thomas J. Fleming*

*Request granted. Conference adjourned to February 3, 2011 at 4:30 pm.*

*So Ordered.*

*USDJ 12/30/10*

1164880-1

NEW JERSEY OFFICE
744 BROAD STREET, 16TH FLOOR
NEWARK, NEW JERSEY 07102
TELEPHONE: 973.331.7200
FACSIMILE: 973.331.7222