## WINDELS MARX LANE & MITTENDORF, LLP
### 156 WEST 56TH STREET
### NEW YORK, NEW YORK 10019
### TELEPHONE: 212.237.1000
### FACSIMILE: 212.262.1215

NEW BRUNSWICK, NJ

PRINCETON, NJ

STAMFORD, CT

E. Timothy McAuliffe, Jr.

212.237.1017

tmcauliffe@windelsmarx.com 

February 2, 2011

**BY FACSIMILE**

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Wasserman Media Group, LLC v. Jonathan Bender, 10 CV 8783

Dear Judge Scheindlin:

    We are in the process of being retained by Mr. Bender in connection with the captioned case. Please allow this to serve as a request for a short adjournment of the initial pretrial conference currently scheduled for February 3, 2011 at 4:30 p.m. Counsel for plaintiff does not oppose the request, and has suggested the week of February 14, 2011, to which we are amenable.

Very truly yours,

E. Timothy McAuliffe, Jr.

Cc:   Christine Wong

*Request granted. Conference adjourned to February 14 at 5:30. So Ordered.*

*2/2/11*

{10617219:1}